United States District Court
Southern District of Texas
FILED

AUG 29 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. M-14-1685-M |
| SYLVIA LETICIA CRUZ, ESMERALDA CRUZ-SOTO | § § § | |

## SEALED ORDER

HAVING CONSIDERED the Government's Motion to Seal the Complaint and Arrest Warrants, and finding it to be meritorious, it is hereby

ORDERED that the Complaint, Attachment and Arrest Warrants, as well as the Motion and Order be sealed until the defendants' arrest.

Signed at McAllen, Texas this the 29th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

1